# ELECTRONIC RECORD

088-15
089-15
090-15
091-15
092-15

COA # 05-14-00139-CR                    OFFENSE: 29.03

STYLE: Reginald Doney Thompson v. The State of Texas                    COUNTY: Dallas

COA DISPOSITION:      AFFIRM                    TRIAL COURT: Criminal District Court No. 5

DATE: 12/15/2014          Publish: NO    TC CASE #:      F-0724608-L

## IN THE COURT OF CRIMINAL APPEALS  088-15 089-15 090-15 091-15 092-15

STYLE: Reginald Doney Thompson v. The State of Texas                    CCA #:

_____PRO SE_____ Petition          CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:

_____REFUSED_____                    JUDGE:

DATE: 04/22/2015                    SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD